**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STANLEY H. HUNTER,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:07-cv-590-T-26MAP

SECRETARY, Department of Corrections,

    Respondent.
_____/


STANLEY H. HUNTER,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 8:07-cv-1428-T-26TGW

SECRETARY, Department of Corrections,

    Respondent.
_____/

**O R D E R**

Hunter timely filed a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254, which was assigned case number 8:07-cv-590-T-26MAP. The petition was dismissed pursuant to Local Rule 1.03(e) because Hunter failed to either pay the required filing fee or request leave to proceed in forma pauperis. The dismissal was without prejudice to Hunter's commencing a new action.

Hunter filed a new habeas petition, which the respondent now opposes and contends is time-barred. The respondent is correct. However, a review of the prior action reveals that the one-year statute of limitation had expired when the prior action was dismissed purportedly without prejudice. Thus, the dismissal was tantamount to a dismissal with prejudice. This unintended consequence is not acceptable. See e.g., Wingfield v. Sec'y, Dep't of Corr., 203 Fed. Appx. 276, 278 (11th Cir. 2006) (abuse of discretion to dismiss a petition if "a dismissal 'has the effect of precluding plaintiff from refiling his claim due to the running of the statute of limitations . . . the dismissal is tantamount to a dismissal with prejudice.' ").

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that in 8:07-cv-590-T-26MAP:

The order (Doc. 9) denying Hunter's motion for reconsideration (Doc. 8) is **VACATED**. The motion for reconsideration (Doc. 8) is **GRANTED**. The order (Doc. 7) dismissing the petition (Doc. 1) is **VACATED**. The clerk shall **RE-OPEN** Hunter v. Secretary, Department of Corrections, 8:07-cv-590. Hunter is **GRANTED** leave to proceed in forma pauperis in this action. The clerk shall send to the Attorney General a copy of the petition (Doc. 1) and supporting memorandum (Doc. 3). The respondent shall file his response within **THIRTY-FIVE (35) DAYS**. Hunter then has **TWENTY (20) DAYS** to reply.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that in 8:07-cv-1428-T-

<u>26TGW</u>:

    The petition for the writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred. The clerk shall enter a judgment against Hunter and **CLOSE** this action.

    **DONE AND ORDERED** in Tampa, Florida, on October 5, 2007.

                                         s/*Richard A. Lazzara*
                                     **RICHARD A. LAZZARA**
                                     **UNITED STATES DISTRICT JUDGE**